KEITH H.S. PECK          6825-0
3360 Kamaaina Place
Honolulu, Hawaii  96817
Telephone: (808) 384-7325
Facsimile: (808) 595-7146
E-Mail:     lawcenterhawaii@aol.com

Attorney for Plaintiffs-Appellants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| K.K., individually and on behalf of her minor child, K.S.K., | Civil No._____ <br> (Other Civil Action) |
| Plaintiffs-Appellants, | **PLAINTIFFS-APPELLANTS COMPLAINT; SUMMONS IN A CIVIL MATTER** |
| vs. | |
| STATE OF HAWAII, DEPARTMENT OF EDUCATION and KATHRYN MATAYOSHI, in her official capacity as Superintendent of the Hawaii Public Schools, | |
| Defendants-Appellees. | |

<u>**COMPLAINT**</u>

Plaintiff-Appellants K.K. ("Mother"), individually and on behalf of his minor child, K.S.K., ("Student" or collectively "Appellants") by and through their attorneys, hereby allege and aver as follows:

## I.    INTRODUCTION

1.    On April 29 and 30, 2014, an administrative hearing was conducted pursuant to the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. §§1400, *et seq.*; 34 C.F.R. 300.1, *et seq.*; Hawaii Administrative Rules ("HAR") Chapter 8-60; and Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794 regarding Plaintiffs-Appellants allegations; case number DOE-SY1314-026-A.

2.    After hearing evidence, Administrative Hearings Officer Rowena Somerville issued his Findings of Fact, Conclusions of Law and Decision on or about July 12, 2014.

## II.    JURISDICTION AND VENUE

3.    This Court has jurisdiction in this action pursuant to 20 U.S.C. § 1415(i)(2) and H.A.R. § 8-60-70(a).

4.    This action arose in the District of Hawaii, and venue is proper in Hawaii.

### III.    PARTIES

5.    Plaintiff-Appellants K.K. and K.S.K., are residents in the City and County

of Maui, State of Hawaii. K.K., is the natural parent of K.S.K., who is a

minor born on July 24, 1999 and who has been certified as eligible for

special education in the State of Hawaii, and is entitled to a free appropriate

public education ("FAPE") under the IDEA, 20 U.S.C. sec. 1401 <u>et seq.</u>

6.    Defendant-Appellee is Department of Education, a political subdivision and

the educational agency of the State of Hawaii, which implements the State's

Special Education Program pursuant to the IDEA, and Kathryn Matayoshi,

who is sued in her official capacity as the superintendent of the Hawaii

Public Schools or DOE. The DOE is a political subdivision of the State of

Hawaii, which implements the State's special education programs pursuant

to the IDEA.

7.    Plaintiff-Appellants are aggrieved by the Administrative Hearings Officer's

Findings of Fact, Conclusions of Law and Decision issued in DOE-SY1314

-026-A

### IV.    FACTUAL ALLEGATIONS

8.    Plaintiff-Appellant seeks review and partial reversal of the administrative

hearing decision in DOE-SY1314-026-A.

3

9.      Contrary to the hearing decision in DOE-SY1314-026-A, the Individualized

Education Plan ("IEP") of 12/12/2013 and subsequently was a violation of

free appropriate public education ("FAPE"), for the following reasons:

a   The DOE failed to hold an appropriate discussion regarding the

Student's placement. The required elements of such a discussion were

not held. The DOE discussed and determined Student's placement before

addressing and/or completing the development of the elements of the IEP

needed to determine placement. The placement was not in the least

restrictive environment, for Student.

b   The DOE refused/failed to discuss the parent's concerns over

Student's needs. Parent sought a discussion of Student's classroom needs

in furtherance of a determination of his supplementary aides and

services, but DOE failed/refused to hold such discussion;

c   Parent sought a discussion of Student's extended school year services,

but the DOE failed/refused such a discussion.

10.     Contrary to the hearing decision in DOE-SY1314-026-A, the educational

and related services program offered prior to an 8/23/2013 assault was a

violation of free appropriate public education ("FAPE"), for the following

reasons:

    a.  On or about August 23, 2013, Student was attacked and injured on the

school grounds of Iao Intermediate resulting in physical and emotional

injuries. The DOE was aware that Student's safety was at risk and was

deliberately indifferent to this need, failing to address this need through her

04/26/2013 IEP.

11.   Although the hearing decision stated some of the testimonial and

documentary evidence presented, he did not include all relevant evidence,

among which is that the IEP team determined Student's placement before

reviewing the possible supplementary aides and services that could be

provided to Student.

12.   Additionally, the hearing decision does not state whether the evidence listed

in the findings of facts were credible, but only that it was provided. The

credibility of findings of facts is herein contested in full, however, the fact

that the evidence was provided is not contested.

**V.    PRAYER FOR RELIEF**

WHEREFORE, Plaintiff-Appellants pray that this Court find and order as

follows:

13.     Receive and review the records of the administrative hearing which was the

        subject of the decision;

14.     Hear additional evidence as requested by Plaintiff-Appellants;

15.     Find that Plaintiff-Appellants were denied a FAPE;

16.     Find that Plaintiff-Appellants' current educational placement is Assets

        School;

17.     Order reimbursement for Student's private educational and related program,

        including transportation to and from the private school;

18.     Order the Defendant-Appellees to pay attorney's fees related to Plaintiff-

        Appellants' claims brought under the IDEA for the administrative

        proceeding and this agency appeal under applicable law; and

19.     Grant such other relief deemed just and necessary by this court.

        DATED: Honolulu, Hawaii, August 11, 2014.


                                        s/ Keith Peck_____
                                        KEITH H.S. PECK

                                        Attorney for Plaintiffs-Appellants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| K.K., individually and on behalf of her minor child, K.S.K.,<br><br>        Plaintiffs-Appellants,<br>        vs.<br><br>STATE OF HAWAII, DEPARTMENT OF EDUCATION and KATHRYN MATAYOSHI, in her official capacity as Acting Superintendent of the Hawaii Public Schools,<br><br>        Defendants-Appellees. | Civil No._____<br>(Other Civil Action)<br><br>SUMMONS IN A CIVIL MATTER |

SUMMONS IN A CIVIL MATTER

TO THE DEFENDANTS:

        YOU ARE HEREBY SUMMONED and required to serve upon

Plaintiffs-Appellants' counsel, KEITH H.S. PECK, whose address is: Pioneer

Plaza, 900 Fort Street Mall, Suite 1140 Honolulu, Hawaii 96813, an answer to the

Complaint which is attached. This action must be taken within twenty-one (21)

days after service of this summons upon you, exclusive of the date of service.

        This summons shall not be personally delivered between 10:00 p.m.

7

and 6:00 a.m. on premises not open to the general public, unless a judge of the above-entitled court so permits in writing on this summons personal delivery during those hours.

If you fail to make your answer within the twenty-one (21) day time limit, judgment by default will be taken against you for the relief demanded in the Complaint.

DATED: Honolulu, Hawaii, _____.


_____
CLERK OF THE ABOVE-ENTITLED COURT