# UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| K.K., Individually and on behalf of her minor child, K.S.K., | JUDGMENT IN A CIVIL CASE |
| Plaintiffs-Appellants, | CIVIL 14-00358-JMS-RLP |
| V. | |
| STATE OF HAWAI'I, DEPARTMENT OF EDUCATION, and KATHRYN MATAYOSHI, in her official capacity as Superintendent of the Hawaii Public Schools, | |
| Defendants. | |

[✓] **Decision by Court**.  This action came for hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the decision of the Administrative Hearings Officer is AFFIRMED, and affirmed as pursuant to and in accordance with the Court's order filed July 30, 2015:
The "ORDER AFFIRMING JULY 2014 DECISION OF ADMINISTRATIVE HEARINGS OFFICER."
IT IS FURTHER ORDERED that JUDGMENT is entered in favor of Defendants and against Plaintiffs, and entered as pursuant to and in accordance with said order.

| | |
|---|---|
| July 30, 2015 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by AC |
| | (By) Deputy Clerk |